UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:23-cv-02369-TLN-KJN
No. 2:23-cv-02370-TLN-KJN
No. 2:23-cv-02371-TLN-KJN
No. 2:23-cv-02372-TLN-KJN
No. 2:23-cv-02374-TLN-KJN
No. 2:23-cv-02401-TLN-KJN
No. 2:23-cv-02407-TLN-KJN
No. 2:23-cv-02408-TLN-KJN
No. 2:23-cv-02409-TLN-KJN
No. 2:23-cv-02411-TLN-KJN

**ORDER**

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

1 13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2 the Court to open a new case for each attempted new case pleading and assign it to the
3 undersigned and Magistrate Judge Kendall J. Newman.  (*Id.* at ECF No. 26).  If the Court
4 determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case
5 will be ordered dismissed and closed.  (*Id.*)

6       The Court has reviewed the complaints/petitions filed in the above-captioned cases and
7 finds they are related to Plaintiff's Alameda County criminal conviction.

8       Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02369, 2:23-cv-02370, 2:23-
9 cv-02371, 2:23-cv-02372, 2:23-cv-02374, 2:23-cv-02401, 2:23-cv-02407, 2:23-cv-02408, 2:23-
10 cv-02409 and 2:23-cv-02411 are hereby DISMISSED.  The Clerk of the Court is directed to close
11 these cases.  No further filings will be accepted.

12       IT IS SO ORDERED.

13       Dated:   January 12, 2024

Troy L. Nunley
United States District Judge

2